# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 19-CV-61580-WPD

Plaintiff:
**MICHAEL JOSEPH**

vs.

Defendant:
**M.C.M. CORP.**

For:
Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
1825 Nw Corporate Blvd.
Suite 110
Boca Raton, FL 33431

Received by OJF SERVICES, INC. on the 25th day of June, 2019 at 10:10 am to be served on **M.C.M. CORP. REG AGENT: MANDELL, LLOYD PD, 1800 SUNSET HARBOUR DRIVE, APT PH-4, MIAMI BEACH, FL 33139**.

I, Octavio Fiol, do hereby affirm that on the **26th day of July, 2019** at **10:25 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LLOYD MANDELL** as **Registered Agent** At the address of: **1800 SUNSET HARBOUR DRIVE, APT PH-4, MIAMI BEACH, FL 33139** for **M.C.M. CORP. REG AGENT: MANDELL, LLOYD PD**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
AT TIME OF SERVICE A WOMAN SPOKE TO ME THROUGH THE DOOR. I ASKED FOR LLOYD MANDELL, SHE CALLED OUT FOR HIM. I SPOKE TO HIM THROUGH THE DOOR, BUT HE REFUSED TO OPEN THE DOOR OR ACCEPT THE DOCUMENTS. THE WOMAN THEN SPOKE TO ME AGAIN THROUGH THE DOOR AND SAID HE WAS NOT HOME. I EXPLAINED THE CONTENTS OF THE OUCUMENTS AND TOLD THEM I WAS LEAVING THEM ON THE DOOR.



## RETURN OF SERVICE For 19-CV-61580-WPD

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**Octavio Fiol**
CPS #428

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2019010424

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DATE: 7-26-19  TIME: 10:25 AM
INITIALS: OK   ID#: 428

MICHAEL JOSEPH )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 19-cv-61580-WPD
)
M.C.M. CORP. )
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) M.C.M. CORP.
Reg Agent:
MANDELL, LLOYD PD
1800 SUNSET HARBOUR DRIVE APT PH-4
MIAMI BEACH, FL 33139

on 4744 Collins Ave.
Miami Beach, FL
33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAUREN N WASSENBERG
1825 NW Corporate Drive Suite 110
Boca Raton, Florida 33431
wassenbergL@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 25, 2019



**SUMMONS**

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

10424